FILED ____   ____ LODGED
____ RECEIVED   ____ COPY

JUL 2 4 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona
### Phoenix Division

| | |
|---|---|
| Nicholas Byrd /<br>A Living Ecclesiastical Federal Citizen Elector<br><br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br><br>-v-<br><br>SOCIAL SECURITY ADMINISTRATION,<br>HAROLD WASHINGTON<br>SOCIAL SECURITY CENTER<br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. **CV-24-01833-PHX-MTL**<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☐ Yes ☑ No |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Nicholas Byrd - A Living Ecclesiastical Federal Citizen Elector |
| Street Address | 1440 S Val Vista Dr Apt 2057 |
| City and County | Mesa |
| State and Zip Code | AZ, 85204 |
| Telephone Number | 312-414-6093 |
| E-mail Address | nicholasbyrd04@yahoo.com |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                                    SOCIAL SECURITY ADMINISTRATION

Job or Title *(if known)*

Street Address                          200 West Adams Street, 28th Floor

City and County                         Chicago

State and Zip Code                      IL, 60606

Telephone Number                        1-800-772-1213

E-mail Address *(if known)*

Defendant No. 2

Name                                    SOCIAL SECURITY ADMINISTRATION

Job or Title *(if known)*

Street Address                          6401 Security Boulevard

City and County                         Baltimore

State and Zip Code                      MD, 21235

Telephone Number                        410-965-1234

E-mail Address *(if known)*

Defendant No. 3

Name                                    HAROLD WASHINGTON SOCIAL SECURITY CENTER

Job or Title *(if known)*

Street Address                          600 W. Madison Street

City and County                         Chicago

State and Zip Code                      IL, 60661

Telephone Number                        800-772-1213

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1st Amendment right to freely exercise one's religion, Federal Law: The Religious Freedom Restore Act (RFRA), 42 U.S.C. 2000bb 1. U.S. Constitution, Article IV, Section 1- Full Faith and Credit Clause, 2.U.S Constitution, Article IV, Section 2- Privileges and Immunities Clause, 3.14th Amendment, Section 1- Citizenship Clause, 4. 28 U.S.C.1331- Federal Question Jurisdiction, 5. 5 U.S.C. 552a- Privacy Act, 6.42 U.S.C.405- Social Security Act, 7. 31 U.S.C. 321- Authority of the Secretary of the Treasury.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ . and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

**III.    Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff claims that under the aforementioned constitutional provisions and federal statutes, he is entitled to receive specific Federal Identifications and Financial Instruments following the closure of his Social Security Account and the surrender of state-issued identifications. He asserts that his status as a Living Ecclesiastical Federal Citizen Elector should be recognized, and he should receive the appropriate federal entitlements.

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Dear Chief Judge Murray Snow or to whomever this matter may concern I am writing to formally request the establishment of an ecclesiastical court under your jurisdiction to address matters pertaining to my status as a Living Ecclesiastical Federal Citizen Individual Elector. I am seeking the court's intervention to recognize and enforce my rights and privileges as a Living Ecclesiastical Federal Citizen Elector. As part of this process, I am demanding the issuance of the following documents in my capacity as a Living Ecclesiastical Federal Citizen Elector: 1. •Federal Identification Card 2. •Federal Passports 3. •Federal Treasury Express (Credit) Cards.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

All listed defendants Accounts Shall be Settled, Terminated, Rescinded and Fully Liquidated, as well as Transfering ALL ASSETS, Property's, Inheritances, Minerals, Precious Metals, Gifts, Compensation, Money's, Dividends, fiat, Legal Tender and Lawful Money, Gold & Silver over to NICHOLAS BYRD ESTATE EIN# XX-XXX9509 (Full EIN# listed on cover letter, which will be attached alongside court complaint form) promptly. Good As Aval  In Good Faith and Full Credit. *FEDERAL MAIL* All Rights Reserved, In Good Faith, Without Prejudice, Without Recourse, Void Where Prohibited by Law.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:           07/18/2024

Signature of Plaintiff     Nicholas - Byrd A Living Ecclesiastical Federal Citizen Elector

Printed Name of Plaintiff  Nicholas Byrd

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address